UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TAMARA ANN BROWN, ex rel ELIJAH FANAGYON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C20-5377-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to:

- If necessary, obtain medical expert evidence;
- Consider and articulate the B criteria findings for Listings 112.04 and 112.06;
- Reconsider whether the claimant functionally equals a Listing;
- Offer the claimant the opportunity for a hearing; and
- Issue a new decision

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

Page 1     ORDER - [C20-5377-MLP]

DATED this 13th day of January, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2495
Fax: (206) 615-2531
erin.highland@ssa.gov